UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TYRUS TILLMAN                                                              PLAINTIFF

V.                                         CIVIL ACTION NO. 3:23-CV-3026-KHJ-MTP

SCOTT COUNTY SHERIFF                                                    DEFENDANTS
DEPARTMENT, et al.

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment. The Court dismisses any injunctive claims as moot, and it dismisses the remainder of the claims without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 11th day of February, 2025.

                                                s/ *Kristi H. Johnson*
                                              UNITED STATES DISTRICT JUDGE